# ENTRY ORDER

2021 VT 11

SUPREME COURT DOCKET NO. 2020-155

NOVEMBER TERM, 2020

| | | |
|---|---|---|
| Vermont Federation of Sportsmen's Clubs et al. | } | APPEALED FROM: |
| | } | |
| v. | } | Superior Court, Washington Unit, |
| | } | Civil Division |
| | } | |
| Matthew Birmingham et al. | } | DOCKET NO. 224-4-18 Wncv |

Trial Judge: Timothy B. Tomasi

In the above-entitled cause, the Clerk will enter:

¶ 1.     In the above-captioned case, this Court accepted an appeal on report posing the question: Does 13 V.S.A. § 4021 violate Chapter I, Article 16 of the Vermont Constitution?  This Court has resolved the same question in a decision issued this day in the case of State v. Misch, 2021 VT 10, __Vt. __, __ A.3d __.  For the reasons set forth in that opinion, we answer the question reported in this case as follows: 13 V.S.A. § 4021 does not violate Chapter I, Article 16 of the Vermont Constitution.

BY THE COURT:

_____
Beth Robinson, Associate Justice

_____
Karen R. Carroll, Associate Justice

☒ Publish

☐ Do Not Publish

_____
John P. Wesley, Superior Judge (Ret.), Specially Assigned

_____
David A. Howard, Superior Judge (Ret.), Specially Assigned

_____
Dennis R. Pearson, Superior Judge (Ret.), Specially Assigned